JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUATE MEDIA, INC., a Nevada corporation; BUDGET VAN LINES, INC., a New York corporation; QUOTE RUNNER, LLC., a Wyoming limited liability company; and HOME EXPERT, INC., a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LEONARD AGUILAR; ERIC CONCES a/k/a ALEX WYNN; JOSHUA CARPENTER; FATH, LLC, an Arizona limited liability company; AXIN ENTERPRISE LLC, a California limited liability company; VARUNKUMAR SUTHAR; PRIME MARKETING, LLC, a Nevada limited liability company; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:22-cv-01755-RGK-AGR<br>Judge:         Hon. R. Gary Klausner<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) [39]**<br><br>Complaint Filed: March 16, 2022<br>Trial Date:         February 14, 2023 |

ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE

1    GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED

2  THAT this action is dismissed without prejudice, each party to bear their own fees

3  and costs, including attorney's fees. The Clerk of Court is directed to close this

4  case.

5  IT IS SO ORDERED.

6

7  Dated: July 20, 2022

8                                        _____
                                         HON. R. GARY KLAUSNER
9                                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28